IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEVE FRANCK,                    )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )        2:12cv364-MHT
                                 )            (WO)
HYUNDAI POWER TRANSFORMERS,      )
USA, INC.,                       )
                                 )
        Defendant.               )

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 22), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 19th day of June, 2013.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE